DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VERINA VILLALON-ANCHONDO,**
Appellant,

v.

**U.S. BANK NATIONAL ASSOCIATION,** As Trustee, In Trust on
behalf of **J.P. MORGAN MORTGAGE ACQUISITION TRUST,**
Appellee.

No. 4D19-2337

[July 9, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm
Beach County; Scott R. Kerner, Judge; L.T. Case No. 50-2016-CA-005921-
XXXX-MB.

Mark L. Pomeranz of Pomeranz & Associates, P.A., Hallandale, for
appellant.

Allison Morat of Bitman O'Brien & Morat, PLLC, Lake Mary, for
appellee.

PER CURIAM.

*Affirmed.*[1]

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***

---

[1] We are mindful of the issuance of Executive Order 20-159 (extending, until 12:01 a.m.
on August 1, 2020, Executive Order 20-94, which suspends and tolls any statute
providing for a mortgage foreclosure cause of action under Florida law). We trust any
motions directed to this order shall be filed in the lower tribunal upon issuance of our
mandate.